AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| NICHOLAS PIAZZA and RANDY URSINI )<br>*Plaintiff* )<br>v. )<br>PIAZZA'S ICE CREAM & FROZEN FOOD INC., PATRICIA PIAZZA, and SALVATORE PIAZZA, jointly and severally )<br>*Defendant* ) | Civil Action No. 12-3136 |

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To: Patricia Piazza
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: June 25, 2012

*Signature of the attorney or unrepresented party*

Law Office of Justin A. Zeller, P.C. (by Brandon D. Sherr)
*Printed name*

277 BROADWAY STE 408
NEW YORK NY 10007-2036
*Address*

bsherr@zellerlegal.com
*E-mail address*

1-212-229-2249
*Telephone number*



**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

STATEN ISLAND NY 10307

| | | | |
|---|---|---|---|
| Postage | $ | $1.95 | 0005 |
| Certified Fee | | $2.95 | |
| Return Receipt Fee (Endorsement Required) | | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $7.25 | 06/25/2012 |

Postmark: JUN 25 2012 — NEW DORP CHURCH ST STATION NY 10306

Sent To: Patricia Piazza
Street, Apt. No.; or PO Box No. 7 IRENE LN
City, State, ZIP+4 Staten Island, NY 10307-2402

PS Form 3800, August 2006 — See Reverse for Instructions

7011 0470 0001 5116 9776

# Certified Mail Provides:
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

## Important Reminders:
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**
PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Patricia Piazza
7 IRENE LN
STATEN ISLAND NY 10307-2402

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery

STATEN ISLAND TOTTENVILLE NY
JUL 07 2012
USPS - 10307

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service*)   7011 0470 0001 5116 1766

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Law Office of Justin A. Zeller, P.C.**
**277 BROADWAY STE 408**
**NEW YORK NY 10007-2036**